RICHARD MAC BRIDE, SB# 199695
Law Offices Richard Mac Bride
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio, Plaintiff,  ) Case Number 18-3268 EMC
    vs,                                   )
                                          )
Norquist Salvage Corporation, Inc. et al.,) STIPULATION AND [PROPOSED] ORDER
                                          ) TO EXTEND TIME UNDER F.R.C.P. 12(f)
Defendants.                               )
                                          )
                                          )

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

WHEREAS, this case has been assigned for early disclosures and mediation under General Order 56 of the Northern District, and the parties to this stipulation want to make best efforts to settle this case without litigation; and

WHEREAS, Defendants Norquist Salvage Corporation, Inc. and Level III Properties, LLC filed their answer on June 29, 2018 (Docket #8), and therefore plaintiff's deadline for filing a motion under FRCP 12(f) to strike insufficient defenses from their answers is July 20, 2018 (i. e. 21 days later); and

WHEREAS, Plaintiff and Defendants are trying to resolve their disagreements about these defendants' answers informally, however, they wish to avoid the necessity of Plaintiff filing a Rule 12(f) motion unless/until mediation pursuant to General Order No. 56 does not succeed;

THEREFORE:

IT IS HEREBY STIPULATED by and among plaintiff and defendants Norquist Salvage Corporation, Inc. and Level III Properties, LLC that the deadline for Plaintiff to file any motion with respect to the answer filed by Norquist Salvage Corporation, Inc. and Level III Properties,

---

Stipulation to Extend Time under FRCP 12(f) - Case No. 18-3268 EMC

-1-

LLC under Federal Rule of Civil Procedure 12(f) be extended to 21 days past the date that the mediator certifies that the mediation under General Order 56 has been completed. It is also stipulated that (1) plaintiff and defendants Norquist Salvage Corporation, Inc. and Level III Properties, LLC shall meet and confer within seven (7) days after the mediation has been certified as completed; (2) Norquist Salvage Corporation, Inc. and Level III Properties, LLC shall thereafter be allowed an opportunity to voluntarily amend their answers prior to Plaintiff filing any rule 12(f) motion; (3) that any amended answer shall be filed no later than seven (7) days after plaintiff and Norquist Salvage Corporation, Inc. and Level III Properties, LLC meet and confer.

Law Offices of Richard A. Mac Bride

Richard Mac Bride /s/ Richard A. Mac Bride        Date: July 3, 2018

Attorney for Plaintiff

Lang, Richert, & Patch P.C.

Stan D. Blyth /s/ Stan D. Blyth        Date: July 3, 2018

Attorney for defendants Norquist Salvage Corporation, Inc. and Level III Properties, LLC

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on July 3, 2018, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Stan D. Blyth, attorney for defendants Norquist Salvage Corporation, Inc. and Level III Properties, LLC, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

In the matter of Jose Daniel Castillo-Antonio v. Norquest Salvage Corporation, Inc. et al., 18-3268 EMC, pursuant to the stipulation of plaintiff and of defendants Norquest Salvage Corporation, Inc. and Level III Properties, LLC, and for good cause shown, it is hereby ORDERED, that the deadline for plaintiff to file any motion under Federal Rule of Civil Procedure 12(f) with respect to the answer of these defendants be extended to 21 days past the date that the mediator certifies that mediation under General Order 56 has been completed. Plaintiff and Norquist Salvage Corporation, Inc. and Level III Properties, LLC shall meet and confer within seven (7) days after the mediation has been certified as being completed. Norquist Salvage Corporation, Inc. and Level III Properties, LLC shall thereafter have an opportunity to voluntarily amend their answers prior to plaintiff filing any Rule 12(f) motion with respect to the answers filed by Norquist Salvage Corporation, Inc. and Level III Properties, LLC. Any amended answer shall be filed no later than seven (7) days after the parties meet and confer.

IT IS SO ORDERED.

Date: _____ 7/5, 2018

_____
Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen